AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

JUDGE BUCHWALD

SOUTHERN DISTRICT OF _____ NEW YORK _____

HELEN S. KAHANER, for herself and all
others similarly situated,

              Plaintiff,

V.

MEMORIAL SLOAN-KETTERING
CANCER CENTER,

              Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 9626**

TO: (Name and address of defendant)

    Memorial Sloan-Kettering Cancer Center
    1275 York Avenue
    New York, New York  10021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Joseph H. Weiss, Esq.
    WEISS & LURIE
    551 Fifth Avenue
    New York, New York  10176

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

OCT 3 0 2007

DATE

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/30/2007 |
| NAME OF SERVER (PRINT) Jerry Silver | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant  Place where served:
  Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, New York 10021, Hospital Administration, M-G16, Accepting Service- D. Thomas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/2007          *Jerry Silver*
            Date                  Signature of Server

            Weiss & Lurie, 551 Fifth Av., Ste. 1600, NY NY 10176
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure