UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HELEN S. KAHANER, for herself and all others similarly situated,

    Plaintiff,

vs.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

    Defendant.

---------------------------------------------------------X

**STIPULATION**

Index No. 07 Civ. 9626 (NRB)

(Judge Buchwald)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the time to respond to Plaintiff's Summons and Complaint is extended from November 19, 2007, to and including January 11, 2008. No previous request for extension has been made.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures of this stipulation shall be deemed and treated as originals.

Dated: November 19, 2007

**WEISS & LURIE**
*Attorneys for Plaintiff*

By: _____
Joseph H. Weiss, Esq. (JW 4534)
Mark D. Smilow, Esq. (MS 2809)

551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

Dated: November 16, 2007

**GARFUNKEL, WILD & TRAVIS, P.C.**
*Attorneys for Defendant*

By: _____
Leonard M. Rosenberg, Esq. (LR 6910)
Philip C. Chronakis, Esq. (PC 6774)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

IT IS ORDERED

_____
Naomi R. Buchwald, U.S.D.J.   11/21/07

738264v.1