Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HELEN S. KAHANER, for herself and all others : **STIPULATION**
similarly situated,

          Plaintiff, : Index No. 07 Civ. 9626 (NRB/KNF)

vs. : (Judge Buchwald)

MEMORIAL SLOAN-KETTERING CANCER
CENTER,

          Defendant.

---------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the time to respond to Plaintiff's Summons and Complaint, originally November 19, 2007, is extended from January 11, 2008, to and including February 1, 2008. The parties have made one previous request for extension of time by So Ordered Stipulation, which was granted on November 21, 2007 and entered on November 26, 2007.

    IT IS FURTHER STIPULATED AND AGREED that facsimile signatures of this stipulation shall be deemed and treated as originals.

Dated: January 9, 2008

**WEISS & LURIE**
*Attorneys for Plaintiff*

By: _____
    Joseph H. Weiss, Esq. (JW 4534)
    Mark D. Smilow, Esq. (MS 2809)

551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

Dated: January 9, 2008

**GARFUNKEL, WILD & TRAVIS, P.C.**
*Attorneys for Defendant*

By: _____
    Leonard M. Rosenberg, Esq. (LR 6910)
    Philip C. Chronakis, Esq. (PC 6714)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

IT IS ORDERED

_____
Hon. Naomi R. Buchwald, U.S.D.J.    1/14/08

819326v1