UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

HELEN S. KAHANER, for herself and all others similarly situated,

        Plaintiff,

  v.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

        Defendant.
---------------------------------------x

**STIPULATION**

Index No. 07 Civ. 9626 (NRB/KNF)

(Judge Buchwald)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the time to respond to Plaintiff's Summons and Complaint, originally November 19, 2007, is extended from February 1, 2008, to and including February 15, 2008. The parties have made two previous requests for extension of time by So Ordered Stipulation, which were granted: (1) on November 21, 2007 and entered on November 26, 2007; and (2) on January 14, 2008 and entered on January 15, 2008.

IT IS FURTHER STIPULATED AND AGREED that, pursuant to the January 25, 2008 teleconference with the Court, the following briefing schedule is set forth for Defendant's Motion to Dismiss the Complaint:

1. Defendant's Notice of Motion and supporting papers will be due on or before February 15, 2008;

2. Plaintiff's opposition papers will be due on or before March 14, 2008; and

3. Defendant's reply papers will be due on or before March 28, 2008.

828099v.1

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures of this stipulation shall be deemed and treated as originals.

Dated: January 29, 2008

WEISS & LURIE
*Attorneys for Plaintiff*

By: _____
Joseph H. Weiss, Esq. (JW 4534)
Mark D. Smilow, Esq. (MS 2809)

551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

Dated: January 29, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*

By: _____
Leonard M. Rosenberg, Esq. (LR 6910)
Philip C. Chronakis, Esq. (PC 6714)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

IT IS SO ORDERED.

_____
Hon. Naomi R. Buchwald, U.S.D.J.   2/5/08

528099v 1