UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

HELEN S. KAHANER, for herself and all others
similarly situated,

           Plaintiff,

      v.

MEMORIAL SLOAN-KETTERING CANCER
CENTER,

           Defendant.
------------------------------------------------x

Civil Action No. 07-cv-9626 (NRB/KNF)

## UNOPPOSED APPLICATION TO EXTEND BRIEFING SCHEDULE

Defendant Memorial Sloan-Kettering Cancer Center, through its undersigned counsel, respectfully requests that the time to respond to Plaintiff's Summons and Complaint, originally November 19, 2007, be extended only two weeks from February 15, 2008, to and including February 29, 2008, and that the corresponding moving, answering, and reply paper deadlines for Defendant's Motion to Dismiss be likewise extended, as detailed below. Three previous requests for extension of time were granted and So Ordered by the Court: (1) on November 21, 2007 and entered on November 26, 2007; (2) on January 14, 2008 and entered on January 15, 2008; and (3) on January 29, 2008 and entered on February 6, 2008.

The undersigned spoke with counsel for the Plaintiff concerning this request and they authorized the undersigned to represent to the Court that they have no objection thereto.

839042v 1

The following briefing schedule for Defendant's Motion to Dismiss the Complaint is respectfully requested to supercede all prior schedules:

1. Defendant's Notice of Motion and supporting papers will be due on or before February 29, 2008;

2. Plaintiff's opposition papers will be due on or before March 28, 2008; and

3. Defendant's reply papers will be due on or before April 11, 2008.

Dated: February 14, 2008

GARFUNKEL, WILD & TRAVIS, P.C.

By: _____
Leonard M. Rosenberg, Esq. (LR 6910)
Philip C. Chronakis, Esq. (PC 6714)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

Dated: February 19, 2008

IT IS SO ORDERED:

_____
Hon. Naomi R. Buchwald, U.S.D.J.

839042v.1