# Memorial Sloan-Kettering Cancer Center

*Physician Billing Department*

MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMERICAN EXPRESS  ☐ DINERS CLUB

CHARGE $ _____ TO CREDIT CARD # _____
SIGNATURE: _____ EXP DATE: _____

MRN: 35156600

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 09/29/07 | 10/14/07 | $4448.14 | $ |

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

HELEN S KAHANER
20 HARROGATE DRIVE
HILTON HEAD ISL, SC 29928

MAIL PAYMENT TO:
PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

--- PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT ---

# STATEMENT OF PHYSICIAN SERVICES
(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME: HELEN S KAHANER

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.

---

INVOICE NUMBER: 13103689

PROVIDER: ROBERT T HEELAN MD
RADIOLOGY GROUP

03/09/07 CHEST SINGLE VIEW FRONTAL ........................ $45.00
TOTAL CHARGES: $45.00

PAYMENT ACTIVITY
03/09/07 TOTAL CHARGES .................. $45.00
03/14/07 INSURANCE CLAIM FILED
08/15/07 PAYMENT PRIMARY INSURANCE ...... -28.35
AMOUNT YOU OWE: $16.65

---

INVOICE NUMBER: 13131689

PROVIDER: SAMSON W FINE MD
PATHOLOGY GROUP

03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM ............ $300.00
03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM ............ $300.00
03/09/07 DECALCIFICATION PROCEDURE ..................... $20.00
03/09/07 LEVEL IV-GROSS AND MICROSCOPIC EXAM 5 UNIT[S] ... $750.00
TOTAL CHARGES: $1370.00

PAYMENT ACTIVITY
03/09/07 TOTAL CHARGES .................. $1370.00
03/22/07 INSURANCE CLAIM FILED
08/09/07 PAYMENT PRIMARY INSURANCE ...... -863.10
AMOUNT YOU OWE: $506.90

---

INVOICE NUMBER: 13220113

PROVIDER: HARRY W HERR MD
UROLOGY GROUP

03/09/07 NEPHRECTOMY, PARTIAL ........................ $11865.00
03/09/07 ULTRASOUND, INTRAOPERATIVE ................... $500.00
TOTAL CHARGES: $12365.00

PAYMENT ACTIVITY
03/09/07 TOTAL CHARGES .................. $12365.00
04/23/07 INSURANCE CLAIM FILED
08/09/07 PAYMENT PRIMARY INSURANCE ...... -8739.41
AMOUNT YOU OWE: $3625.59

CONTINUED ON REVERSE SIDE ...

MEMORIAL SLOAN-KETTERING CANCER CENTER

| PATIENT NAME | | | GUARANTOR NAME (IF NOT SAME AS PATIENT) | |
|---|---|---|---|---|
| STREET ADDRESS, APT # | | | | |
| | | STATE / PROVINCE   POSTAL CODE | COUNTRY | |
| EMPLOYER | | | WORK PHONE NUMBER | |
| EMPLOYER STREET ADDRESS | | CITY | STATE | ZIP CODE |

| INSURANCE CHARGES PRIMARY | | | INSURANCE CHARGES SECONDARY | | |
|---|---|---|---|---|---|
| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | | INSURANCE COMPANY | ☐ CHECK BOX IF HMO | |
| SUBSCRIBER'S NAME | | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE | I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | | MAILING ADDRESS FOR CLAIMS | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |

*** IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE ***

# STATEMENT OF PHYSICIAN SERVICES
(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600                                                                                         PAGE 2
PATIENT NAME:    HELEN S KAHANER

INVOICE NUMBER: 13243203

**CHARGES**

PROVIDER: PAUL H DALECKI MD
          ANESTHESIOLOGY GROUP

0?/??/07 KIDNEY, URETER SURG
         235 MINUTES............................................ $2990.00
                                    TOTAL CHARGES: $2990.00

| PAYMENT ACTIVITY | |
|---|---|
| 03/09/07 TOTAL CHARGES | $2990.00 |
| 04/30/07 INSURANCE CLAIM FILED | |
| 08/09/07 PAYMENT PRIMARY INSURANCE | -2691.00 |
| AMOUNT YOU OWE | $299.00 |

YOUR LAST PAYMENT OF $141.75 WAS RECEIVED ON 05/03/07.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | KINDLY REMIT IN FULL BY 10/14/07 |
|---|---|---|
| $4448.14 | $0.00 | $4448.14 |