

**Memorial Sloan-Kettering Cancer Center**

*Physician Billing Department*

| PATIENT: HELEN S KAHANER | MRN: 35156600 |
|---|---|
| MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT | |

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMERICAN EXPRESS   ☐ DINERS CLUB

CHARGE $ _____   TO CREDIT CARD # _____

SIGNATURE: _____   EXP DATE: _____

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 11/24/07 | 12/09/07 | $2771.14 | $ |

QUESTIONS? YOUR ACCOUNT IS IN OUR COLLECTION UNIT. CALL
646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE
AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

HELEN S KAHANER
20 HARROGATE DRIVE
HILTON HEAD ISL, SC  29928

MAIL PAYMENT TO:

PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

--- PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT ---

## STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME:   HELEN S KAHANER

QUESTIONS? YOUR ACCOUNT IS IN OUR COLLECTION UNIT. CALL
646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE
AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.



INVOICE NUMBER: 13066057

**CHARGES**

PROVIDER: NANCY ROISTACHER MD
          CARDIOLOGY GROUP

02/26/07 EKG, INTERPRETATION AND REPORT ONLY ............ $40.00
                              TOTAL CHARGES:   $40.00

INVOICE NUMBER: 13066898

**CHARGES**

PROVIDER: TUNC A IYRIBOZ MD
          RADIOLOGY GROUP

02/26/07 PRE-ADMISSION CHEST LATERAL/FRONT ............ $55.00
                              TOTAL CHARGES:   $55.00

INVOICE NUMBER: 13103689

**CHARGES**

PROVIDER: ROBERT T HEELAN MD
          RADIOLOGY GROUP

03/09/07 CHEST SINGLE VIEW FRONTAL ............ $45.00
                              TOTAL CHARGES:   $45.00

CONTINUED ON REVERSE SIDE ...

| GUARANTOR/ADDRESS CHANGES | | |
|---|---|---|
| PATIENT NAME | GUARANTOR NAME (IF NOT SAME AS PATIENT) | |
| STREET ADDRESS, APT # | | |
| CITY | STATE / PROVINCE   POSTAL CODE | COUNTRY |
| EMPLOYER | | WORK PHONE NUMBER |
| EMPLOYER STREET ADDRESS | CITY | STATE   ZIP CODE |

| INSURANCE CHANGES - PRIMARY | | INSURANCE CHANGES - SECONDARY | |
|---|---|---|---|
| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | INSURANCE COMPANY | ☐ CHECK BOX IF HMO |
| SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER   GROUP/PLAN NUMBER | EFFECTIVE DATE | I.D. NUMBER   GROUP/PLAN NUMBER | EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | MAILING ADDRESS FOR CLAIMS | |
| CITY   STATE   ZIP CODE | | CITY   STATE   ZIP CODE | |

\*\*\* IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE \*\*\*

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)



PAGE 2

MEDICAL RECORD # 35156600
PATIENT NAME:   HELEN S KAHANER

INVOICE NUMBER: 13131689

**CHARGES**

PROVIDER: SAMSON W FINE MD
           PATHOLOGY GROUP

| | | |
|---|---|---|
| 03/09/07 | LEVEL V-GROSS AND MICROSCOPIC EXAM | $300.00 |
| 03/09/07 | LEVEL V-GROSS AND MICROSCOPIC EXAM | $300.00 |
| 03/09/07 | DECALCIFICATION PROCEDURE | $20.00 |
| 03/09/07 | LEVEL IV-GROSS AND MICROSCOPIC EXAM 5 UNIT[S] | $750.00 |
| | TOTAL CHARGES: | $1370.00 |

$369.90

INVOICE NUMBER: 13220113

**CHARGES**

PROVIDER: HARRY W HERR MD
           UROLOGY GROUP

| | | |
|---|---|---|
| 03/09/07 | NEPHRECTOMY, PARTIAL | $11865.00 |
| 03/09/07 | ULTRASOUND, INTRAOPERATIVE | $500.00 |
| | TOTAL CHARGES: | $12365.00 |

$2389.09

INVOICE NUMBER: 13243203

**CHARGES**

PROVIDER: PAUL H DALECKI MD
           ANESTHESIOLOGY GROUP

| | | |
|---|---|---|
| 03/09/07 | KIDNEY, URETER SURG 235 MINUTES | $2990.00 |
| | TOTAL CHARGES: | $2990.00 |

0.00

CONTINUED ON NEXT PAGE ...

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)

MEDICAL RECORD # 35156600  
PATIENT NAME:   HELEN S KAHANER

PAGE 3

INVOICE NUMBER: 13710980

**CHARGES**

PROVIDER: ARTHUR A FRUAUFF MD  
RADIOLOGY GROUP

| | |
|---|---|
| 09/27/07 CT ABDOMEN W/CONTRAST. | $305.00 |
| 09/27/07 CT PELVIS W/CONTRAST. | $280.00 |
| TOTAL CHARGES: | $585.00 |

AMOUNT YOU OWE: 0.00

INVOICE NUMBER: 13722902

**CHARGES**

PROVIDER: HARRY W HERR MD  
UROLOGY GROUP

| | |
|---|---|
| 10/01/07 OFFC VST,EST PAT,LVL 2 | $85.00 |
| TOTAL CHARGES: | $85.00 |

YOUR ACCOUNT IS NOW IN OUR IN-HOUSE COLLECTION UNIT. PLEASE REMIT PAYMENT BY THE DUE DATE TO AVOID FURTHER COLLECTION EFFORTS. YOUR LAST PAYMENT OF $141.75 WAS RECEIVED ON 05/03/07. PAYMENTS RECEIVED BEFORE 12/31/07 MAY BE TAX DEDUCTIBLE.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | KINDLY REMIT IN FULL BY 12/09/07 |
|---|---|---|
| $2796.85 | $25.71 | |