REDACTED

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy C–For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.) | Form W–2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code    REISSUED STATEMENT
MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE
NEW YORK, NY 10065

Control number

Employee's first name and initial    Last name    Suff.
ROBERT T HEELAN

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See instr. for box 12 C |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☒ | | 12b code |
| 14 Other | | 12c code |
| | | 12d code |
| 16 State Employer's state ID no. NY 1319242366 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name NEW YORK |

Department of the Treasury-Internal Revenue Service

REDACTED

| Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return. | **Form W-2** Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code     REISSUED STATEMENT
MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE
NEW YORK, NY 10065

Control number

Employee's first name and initial     Last name     Suff.
PAUL H DALECKI

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code C |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | 12b code E |
| 14 Other TUI TAXABL | | 12c code |
| | | 12d code |
| 15 State   Employer's state ID no. NY   1319242368 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Department of the Treasury-Internal Revenue Service

REDACTED

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy C–For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.) | Form W–2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| Employee's SSN . | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code      REISSUED STATEMENT
  MEMORIAL SLOAN-KETTERING CANCER CENTER
  1275 YORK AVENUE
  NEW YORK, NY 10065

Control number

Employee's first name and initial      Last name      Suff.
  SAMSON W FINE

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See instr. for box 12 C |
| 13 Statutory employee ☐    Retirement plan ☐    Third-party sick pay [X] ☐ | | 12b code |
| 14 Other | | 12c code |
| | | 12d code |
| 15 State Employer's state ID no. NY 1319242368 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name NEW YORK |

Department of the Treasury-Internal Revenue Service

REDACTED

This information is being furnished to the Internal Revenue Service.

| Copy B–To Be Filed With Employee's FEDERAL Tax Return. | Form W–2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other como. | 2 Federal income tax withheld |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code   REISSUED STATEMENT
  MEMORIAL SLOAN-KETTERING CANCER CENTER
  1275 YORK AVENUE
  NEW YORK, NY 10065

Control number

| Employee's first name and initial   Last name   Suff. |
|---|
| HARRY W HERR |

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See instr. for box 12  C |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☒ | | 12b code  E |
| 14 Other | | 12c code |
| | | 12d code |
| 15 State  Employer's state ID no.  NY  1319242368 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name  NEW YORK |

Department of the Treasury-Internal Revenue Service