

VIA UPS NEXT DAY AIR

17 May 2005

*Office of the Director*
*Financial Planning*

Arthur Klein
Vice President, Network Development
Multiplan, Inc.
115 Fifth Avenue
New York, NY 10003

Dear Mr. Klein:

As per our conversation, this is to confirm that effective January 1, 2006, the terms of our arrangements is being modified as follows:

> In order to conform to the New York State prompt payment requirements, all claims must be paid within 45 days of claim submission. Claims not paid within the statutory 45 days will forfeit the Multiplan discount.

Please acknowledge receipt and acceptance of these terms by returning a copy of this letter signed by an authorized representative of your organization.

Should you have any questions, do not hesitate to contact Mark Radzyner at 646-227-3094.

Sincerely,

*Paul Nelson* (signature)

Paul Nelson

c.c.:  R. Lande
       J. McBride
       M. Radzyner
       M. Gutnick

Acknowledged and accepted by:

Name: Donald Rubin

Date: MAY 19, 2005

Title: Chairman

Multiplan, Inc.

*Memorial Sloan-Kettering Cancer Center*
*1275 York Avenue, New York, New York 10021*