GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

HELEN S. KAHANER, for herself and all others similarly situated,

          Plaintiff,

    vs.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

          Defendant.

------------------------------------x

**CERTIFICATE OF SERVICE**

Case No. 07 Civ. 9626 (NRB/KNF)

      PHILIP C. CHRONAKIS, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on February 29, 2008, Defendants served counsel listed below

> Joseph H. Weiss, Esq. (JW 4534)
> WEISS & LURIE
> *Attorneys for Plaintiff*
> 551 Fifth Avenue, Suite 1600
> New York, New York  10176
> jweiss@weisslurie.com

with Notice of Motion to Dismiss the Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss, Declaration of Roger Parker in Support of Defendant's Motion to Dismiss, Declaration of Leonard M. Rosenberg in Support of Defendant's Motion to Dismiss and Rule 7.1 Statement by dispatching true copies of same by e-mail.

Dated: Great Neck, New York
       February 29, 2008

846853v.1

        GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

                                                     /s/
Philip C. Chronakis (PC 6714)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

846853v.1