Leonard M. Rosenberg (LR 6910)
Philip C. Chronakis (PC 6714)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HELEN S. KAHANER, for herself and all others similarly situated,

        Plaintiff,

vs.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**RULE 7.1 STATEMENT**

Case No. 07 Civ. 9626 (NRB/KNF)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Memorial Sloan-Kettering Cancer Center ("MSKCC"), by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a not-for-profit corporation formed under the laws of the State of New York. MSKCC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
       February 29, 2008

                  GARFUNKEL, WILD & TRAVIS, P.C.
                  *Attorneys for Defendant Memorial Sloan-*
                  *Kettering Cancer Center*

                  By: _/s/ Leonard M. Rosenberg_

                  Leonard M. Rosenberg (LR 6910)
                  Philip C. Chronakis (PC 6714)
                  111 Great Neck Road
                  Great Neck, NY 11021
                  (516) 393-2200

846580v.2