GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HELEN S. KAHANER, for herself and all others
similarly situated,

        Plaintiff,

  vs.

MEMORIAL SLOAN-KETTERING CANCER
CENTER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

Case No. 07 Civ. 9626 (NRB/KNF)

   Courtney A. Rogers, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on March 3, 2008, Defendants served counsel listed below

       Joseph H. Weiss, Esq. (JW 4534)
       WEISS & LURIE
       *Attorneys for Plaintiff*
       551 Fifth Avenue, Suite 1600
       New York, New York 10176

with Notice of Motion to Dismiss the Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss, Declaration of Roger Parker in Support of Defendant's Motion to Dismiss, Declaration of Leonard M. Rosenberg in Support of Defendant's Motion to Dismiss and Rule 7.1 Statement by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of Federal Express.

847915v.1

Dated: Great Neck, New York
       March 3, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

Courtney A. Rogers (CR 7883)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

847915v.1