GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

HELEN S. KAHANER, for herself and all others similarly situated,

          Plaintiff,

vs.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

          Defendant.

---------------------------------X

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

Case No. 07 Civ. 9626 (NRB/KNF)

PLEASE TAKE NOTICE, that upon the annexed Declaration of Roger Parker, dated February 29, 2008; the exhibits annexed thereto; the Declaration of Leonard M. Rosenberg, Esq., dated February 29, 2008; the exhibits annexed thereto; and the supporting Memorandum of Law, dated February 29, 2008; and upon all the pleadings and proceedings heretofore had herein, the Defendant Memorial Sloan-Kettering Cancer Center will move before this Court at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on the 14th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order dismissing Plaintiff's Complaint with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and such other and further relief as this Court may deem just and proper.

823984v.1

Dated: Great Neck, New York
       February 29, 2008

                        GARFUNKEL, WILD & TRAVIS, P.C.
                        *Attorneys for Defendant*
                        *Memorial Sloan-Kettering Cancer Center*

                        By: _____
                            Leonard M. Rosenberg (LR 6910)
                            Philip C. Chronakis (PC 6714)
                        111 Great Neck Road
                        Great Neck, New York 11021
                        (516) 393-2200

TO:   Joseph H. Weiss, Esq. (JW 4534)
       WEISS & LURIE
       *Attorneys for Plaintiff*
       551 Fifth Avenue, Suite 1600
       New York, New York 10176
       (212) 682-3025