**Memorial Sloan-Kettering Cancer Center**

*Physician Billing Department*

PATIENT: HELEN S KAHANER  MRN: 35156600

MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMERICAN EXPRESS  ☐ DINERS CLUB

CHARGE $ _____  TO CREDIT CARD # _____

SIGNATURE: _____  EXP DATE: _____

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 09/29/07 | 10/14/07 | $4448.14 | $ |

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

HELEN S KAHANER
20 HARROGATE DRIVE
HILTON HEAD ISL, SC  29928

MAIL PAYMENT TO:

PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

------

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT

# STATEMENT OF PHYSICIAN SERVICES
(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME:   HELEN S KAHANER

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.

---

**INVOICE NUMBER: 13103689**

PROVIDER: ROBERT T HEELAN MD
          RADIOLOGY GROUP

03/09/07 CHEST SINGLE VIEW FRONTAL ............................. $45.00
                                    TOTAL CHARGES:   $45.00

PAYMENT ACTIVITY
03/09/07  TOTAL CHARGES ................................. $45.00
03/14/07  INSURANCE CLAIM FILED
08/15/07  PAYMENT PRIMARY INSURANCE ..................... -28.35
          AMOUNT YOU OWE                                  $16.65

---

**INVOICE NUMBER: 13131689**

PROVIDER: SAMSON W FINE MD
          PATHOLOGY GROUP

03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM ................ $300.00
03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM ................ $300.00
03/09/07 DECALCIFICATION PROCEDURE ........................... $20.00
03/09/07 LEVEL IV-GROSS AND MICROSCOPIC EXAM 5 UNIT[S] ..... $750.00
                                    TOTAL CHARGES: $1370.00

PAYMENT ACTIVITY
03/09/07  TOTAL CHARGES ................................ $1370.00
03/23/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE .................... -863.10
          AMOUNT YOU OWE                                 $506.90

---

**INVOICE NUMBER: 13220113**

PROVIDER: HARRY W HERR MD
          UROLOGY GROUP

03/09/07 NEPHRECTOMY, PARTIAL ........................... $11865.00
03/09/07 ULTRASOUND, INTRAOPERATIVE ........................ $500.00
                                    TOTAL CHARGES: $12365.00

PAYMENT ACTIVITY
03/09/07  TOTAL CHARGES ............................... $12365.00
04/23/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE ................... -8739.41
          AMOUNT YOU OWE                                $3625.59

CONTINUED ON REVERSE SIDE ...

MEMORIAL SLOAN-KETTERING CANCER CENTER

| PATIENT NAME | | | GUARANTOR NAME (IF NOT SAME AS PATIENT) | |
|---|---|---|---|---|
| STREET ADDRESS, APT # | | | | |
| | | STATE / PROVINCE    POSTAL CODE | COUNTRY | |
| EMPLOYER | | | WORK PHONE NUMBER | |
| EMPLOYER STREET ADDRESS | | CITY | STATE | ZIP CODE |

| INSURANCE CHARGES PRIMARY | | | INSURANCE CHARGES SECONDARY | | |
|---|---|---|---|---|---|
| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | | INSURANCE COMPANY | ☐ CHECK BOX IF HMO | |
| SUBSCRIBER'S NAME | | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE | I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | | MAILING ADDRESS FOR CLAIMS | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |

\*\*\* IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE \*\*\*

# STATEMENT OF PHYSICIAN SERVICES
(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600                                                PAGE 2
PATIENT NAME:    HELEN S KAHANER

INVOICE NUMBER: 13243203

**CHARGES**

PROVIDER: PAUL H DALECKI MD
          ANESTHESIOLOGY GROUP

0?/??/07 KIDNEY, URETER SURG
         235 MINUTES..............................$2990.00
                        TOTAL CHARGES:  $2990.00

**PAYMENT ACTIVITY**
03/09/07  TOTAL CHARGES................$2990.00
04/30/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE....-2691.00
AMOUNT YOU OWE..........................$299.00

YOUR LAST PAYMENT OF $141.75 WAS RECEIVED ON 05/03/07.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | KINDLY REMIT IN FULL BY 10/14/07 |
|---|---|---|
| $4448.14 | $0.00 | $4448.14 |