

**Memorial Sloan-Kettering Cancer Center**

*Physician Billing Department*

| | |
|---|---|
| PATIENT: HELEN S KAHANER | MRN: 35156600 |

MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMERICAN EXPRESS   ☐ DINERS CLUB

CHARGE $_____   TO CREDIT CARD #_____

SIGNATURE:_____   EXP DATE:_____

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 11/24/07 | 12/09/07 | $2771.14 | $ |

QUESTIONS? YOUR ACCOUNT IS IN OUR COLLECTION UNIT. CALL 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

HELEN S KAHANER
20 HARROGATE DRIVE
HILTON HEAD ISL, SC  29928

MAIL PAYMENT TO:
PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

---

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME:   HELEN S KAHANER

QUESTIONS? YOUR ACCOUNT IS IN OUR COLLECTION UNIT. CALL 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.

INVOICE NUMBER: 13066057

**CHARGES**

PROVIDER: NANCY ROISTACHER MD
          CARDIOLOGY GROUP

02/26/07 EKG, INTERPRETATION AND REPORT ONLY ............ $40.00
                                  TOTAL CHARGES:  $40.00

INVOICE NUMBER: 13066898

**CHARGES**

PROVIDER: TUNC A IYRIBOZ MD
          RADIOLOGY GROUP

02/26/07 PRE-ADMISSION CHEST  LATERAL/FRONT ............ $55.00
                                  TOTAL CHARGES:  $55.00

INVOICE NUMBER: 13103689

**CHARGES**

PROVIDER: ROBERT T HEELAN MD
          RADIOLOGY GROUP

03/09/07 CHEST SINGLE VIEW FRONTAL. .................... $45.00
                                  TOTAL CHARGES:  $45.00



CONTINUED ON REVERSE SIDE ...

| GUARANTOR/ADDRESS CHANGES | | |
|---|---|---|
| PATIENT NAME | GUARANTOR NAME (IF NOT SAME AS PATIENT) | |
| STREET ADDRESS, APT # | | |
| CITY | STATE / PROVINCE    POSTAL CODE | COUNTRY |
| EMPLOYER | | WORK PHONE NUMBER |
| EMPLOYER STREET ADDRESS | CITY | STATE    ZIP CODE |

| INSURANCE CHANGES – PRIMARY | | INSURANCE CHANGES – SECONDARY | |
|---|---|---|---|
| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | INSURANCE COMPANY | ☐ CHECK BOX IF HMO |
| SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER   GROUP/PLAN NUMBER | EFFECTIVE DATE | I.D. NUMBER   GROUP/PLAN NUMBER | EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | MAILING ADDRESS FOR CLAIMS | |
| CITY    STATE    ZIP CODE | | CITY    STATE    ZIP CODE | |

*** IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE ***

## STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)



MEDICAL RECORD # 35156600  
PATIENT NAME:    HELEN S KAHANER

PAGE 2

INVOICE NUMBER: 13131689

**CHARGES**

PROVIDER: SAMSON W FINE MD  
            PATHOLOGY GROUP

| | |
|---|---|
| 03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM | $300.00 |
| 03/09/07 LEVEL V-GROSS AND MICROSCOPIC EXAM | $300.00 |
| 03/09/07 DECALCIFICATION PROCEDURE | $20.00 |
| 03/09/07 LEVEL IV-GROSS AND MICROSCOPIC EXAM 5 UNIT[S] | $750.00 |
| TOTAL CHARGES: | $1370.00 |

[PAYMENT ACTIVITY section – illegible. AMOUNT YOU OWE: $369.90]

INVOICE NUMBER: 13220113

**CHARGES**

PROVIDER: HARRY W HERR MD  
            UROLOGY GROUP

| | |
|---|---|
| 03/09/07 NEPHRECTOMY,PARTIAL | $11865.00 |
| 03/09/07 ULTRASOUND, INTRAOPERATIVE | $500.00 |
| TOTAL CHARGES: | $12365.00 |

[PAYMENT ACTIVITY section – illegible. AMOUNT YOU OWE: $2389.09]

INVOICE NUMBER: 13243203

**CHARGES**

PROVIDER: PAUL H DALECKI MD  
            ANESTHESIOLOGY GROUP

| | |
|---|---|
| 03/09/07 KIDNEY, URETER SURG 235 MINUTES | $2990.00 |
| TOTAL CHARGES: | $2990.00 |

[PAYMENT ACTIVITY section – illegible. AMOUNT YOU OWE: 0.00]

CONTINUED ON NEXT PAGE ...

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: NOVEMBER 24, 2007)

MEDICAL RECORD # 35156600  PAGE 3
PATIENT NAME:   HELEN S KAHANER

INVOICE NUMBER: 13710980

**CHARGES**

PROVIDER: ARTHUR A FRUAUFF MD
RADIOLOGY GROUP

09/27/07 CT ABDOMEN W/CONTRAST. ............................ $305.00
09/27/07 CT PELVIS W/CONTRAST. ............................. $280.00
                              TOTAL CHARGES:    $585.00

0.00

INVOICE NUMBER: 13722902

**CHARGES**

PROVIDER: HARRY W HERR MD
UROLOGY GROUP

10/01/07 OFFC VST,EST PAT,LVL 2 ............................ $85.00
                              TOTAL CHARGES:    $85.00

YOUR ACCOUNT IS NOW IN OUR IN-HOUSE COLLECTION UNIT. PLEASE REMIT PAYMENT BY THE DUE DATE TO AVOID FURTHER COLLECTION EFFORTS. YOUR LAST PAYMENT OF $141.75 WAS RECEIVED ON 05/03/07. PAYMENTS RECEIVED BEFORE 12/31/07 MAY BE TAX DEDUCTIBLE.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | KINDLY REMIT IN FULL BY 12/09/07 |
|---|---|---|
| $2796.85 | $25.71 | |