# REDACTED

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy C–For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.) | Form W-2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code   REISSUED STATEMENT
MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE
NEW YORK, NY 10065

Control number

Employee's first name and initial: ROBERT T HEELAN     Last name     Suff.

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See Instr. for box 12  C |
| 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | 12b code |
| 14 Other | | 12c code |
| | | 12d code |
| 15 State NY  Employer's state ID no. 1319242366 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name NEW YORK |

Department of the Treasury-Internal Revenue Service

**REDACTED**

| Copy 2-To Be Filed With Employee's State, City, or Local Income Tax Return. | | Form W-2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld | |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld | |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| Employer's name, address, and ZIP code  REISSUED STATEMENT MEMORIAL SLOAN-KETTERING CANCER CENTER 1275 YORK AVENUE NEW YORK, NY 10065 | | | |
| Control number | | | |
| Employee's first name and initial PAUL H DALECKI | Last name | Suff. | |
| Employee's address, and ZIP code | | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code C | |
| 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | | 12b code E | |
| 14 Other TUI TAXABL | | 12c code | |
| | | 12d code | |
| 15 State NY  Employer's state ID no. 1319242368 | 16 State wages, tips, etc. | 17 State income tax | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Department of the Treasury-Internal Revenue Service

**REDACTED**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy C–For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.) | Form W-2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** 1 Wages, tips, other comp. | 2 Federal income tax withheld | |
| Employee's SSN  3 Social security wages | 4 Social security tax withheld | |
| Employer Ident. No. (EIN) 13-1924236  5 Medicare wages and tips | 6 Medicare tax withheld | |

Employer's name, address, and ZIP code  REISSUED STATEMENT
MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE
NEW YORK, NY 10065

Control number

Employee's first name and initial  Last name  Suff.
SAMSON W FINE

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See Instr. for box 12  C |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☒ | | 12b code |
| 14 Other | | 12c code |
| | | 12d code |
| 15 State Employer's state ID no.  NY 1319242368 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name  NEW YORK |

Department of the Treasury-Internal Revenue Service

**REDACTED**

This information is being furnished to the Internal Revenue Service.

| Copy B–To Be Filed With Employee's FEDERAL Tax Return. | Form W–2 Wage and Tax Statement | OMB No. 1545-0008 |
|---|---|---|
| **2007** | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| Employee's SSN | 3 Social security wages | 4 Social security tax withheld |
| Employer Ident. No. (EIN) 13-1924236 | 5 Medicare wages and tips | 6 Medicare tax withheld |

Employer's name, address, and ZIP code    REISSUED STATEMENT
MEMORIAL SLOAN-KETTERING CANCER CENTER
1275 YORK AVENUE
NEW YORK, NY 10065

Control number

Employee's first name and initial    Last name    Suff.
HARRY W HERR

Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a code See instr. for box 12  C |
| 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | | 12b code  E |
| 14 Other | | 12c code |
| | | 12d code |
| 15 State  Employer's state ID no.  NY 1319242368 | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name  NEW YORK |

Department of the Treasury-Internal Revenue Service