UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HELEN S. KAHANER, for herself and all
others similarly situated,

             Plaintiff,

     v.

MEMORIAL SLOAN-KETTERING
CANCER CENTER,

             Defendant.
------------------------------------------------------------x

Civil Action No. 07-cv-9626 (NRB/KNF)

## UNOPPOSED APPLICATION TO EXTEND BRIEFING SCHEDULE

Plaintiff Helen S. Kahaner, through her undersigned counsel, respectfully requests that the time to respond to Defendant's motion to dismiss the complaint, which was served on February 29, 2008, be extended from March 28, 2008, to and including April 18, 2008, and, correspondingly, Defendant's reply papers will be due on or before May 9, 2008. No previous request for extension of these deadlines was made.

The undersigned spoke with counsel for the Defendant concerning this request and he authorized the undersigned to represent to the Court that Defendant has no objection thereto.

Dated: March 25, 2008

                              WEISS & LURIE
                              Attorneys for Plaintiff

                              By: _____
                              Joseph H. Weiss (JW 4534)
                              Mark D. Smilow (MS 2809)

                              551 Fifth Avenue
                              New York, New York 10176
                              (212) 682-3025

Dated: March 24, 2008

IT IS SO ORDERED:

*[signature]*

Hon. Naomi R. Buchwald, U.S.D.J.

2