# EXHIBIT A

**Assurant Health**
PO Box 624
Milwaukee, WI 53201-0624

 ASSURANT Health

**Forwarding Service Requested**

MIXED ADC 320

2040 3.1512 MB 1.196

HELEN KAHANER                              21
20 HARROGATE DR
HILTON HEAD, SC   29928-3367

**If you have questions, Customer Service is available Monday - Friday, between the hours of 7:00 am - 6:00 pm, Central Time at 800-743-8463**

**Date:** 07/31/2007
**Claim Number:** KE-410059-001-3-01-10-0003
**Control Number:** 250433691
**Policy:** 0000410059     **Cert:** 0000003
**Insured Name:** Helen Kahaner
**Patient Acct #:** 413103689
**Patient Name:** Helen Kahaner
**Provider Name:** Robert T Heelan MD

*Please Retain This Statement For Tax Purposes*

## Explanation of Benefits - THIS IS NOT A BILL

| Service Code | Service Description | Service Date(s) | Provider Charge | Allowed Amount | Discount Amount | Not Covered | Deductible | Copay | Pay At | Remarks | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71010 | Inpatient Xry | 03/09/2007 | $45.00 | $40.50 | $4.50 | | | | 70% | 0704, 0047 | $28.35 |
| | | TOTALS | $45.00 | $40.50 | $4.50 | | | | | | $28.35 |

*Patient Responsibility*    **$12.15**
*remit patient responsibility directly to provider*

0047  Your benefits have been paid at a reduced level since a provider was utilized who is not within your assigned PPO network
0704  MultiPlan rate applied. You should not be billed for the discount amount, but are responsible for the difference between the allowed amount and the amount paid by the plan.

## Plan Accumulators

| | Current Year | | | | Prior Year | | | |
|---|---|---|---|---|---|---|---|---|
| | Individual | | Family | | Individual | | Family | |
| Description | YTD | Remaining | YTD | Remaining | YTD | Remaining | YTD | Remaining |
| Deductible | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $1,618.54 | $381.46 | $1,618.54 | $2,381.46 |
| Out-Of Pocket | $610.91 | $2,389.09 | $610.91 | $5,389.09 | $0.00 | $3,000.00 | $0.00 | $6,000.00 |
| PPO Out-Of-Pocket | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lifetime Maximum | | $1,992,931.99 | | | | | | |

## Payment Summary

| Payment Sent To | Payment Amount | Payment Date |
|---|---|---|
| Robert T Heelan MD | $28.35 | 07/31/2007 |

### Notes
- Fraud robs you! Call our fraud HOTLINE to report possible fraudulent activity at 800-800-3830 Ext 8324. For any other matters please use the Member Services number on the front of your eob
- YOUR RIGHT TO A REVIEW OF A CLAIM
  The procedure set forth below is a general statement of the claim review procedure which may be used by any insured who desires a formal review of a claim determination. If you have questions regarding the formal review process, please contact our office at 1-800-444-6254 to discuss.
- Assurant Health markets products underwritten by Time Insurance Company, Union Security Insurance Company and John Alden Life Insurance Company