**MEMO ENDORSED**

## GARFUNKEL, WILD & TRAVIS, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
TEL (516) 393-2200
FAX (516) 466-5964

411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601
TEL (201) 883-1030
FAX (201) 883-1031

350 BEDFORD STREET
STAMFORD, CONNECTICUT 06901
TEL (203) 316-0483
FAX (203) 316-0493

www.gwtlaw.com

WRITER'S EMAIL: pchronakis@gwtlaw.com
WRITER'S DIRECT DIAL: (516) 393-2538

May 1, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

MAY - 1 2008

UNITED STATES D[IST]

**MEMO ENDORSED**

FILE NO.: 7562.0039
REPLY TO: New York

**By Facsimile**

The Honorable Naomi R. Buchwald, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse, Courtroom 21A
500 Pearl Street, Room 2270
New York, NY 10007

Re:  *Helen S. Kahaner v. Memorial Sloan-Kettering Cancer Center*
     Case No. 07 CIV 9626

Endorsement:

The application for an extension until May 16, 2008 is granted. The reply brief shall be no longer than twelve (12) pages. So Ordered.

[signature]
May 1, 2008

Dear Judge Buchwald:

This firm represents Defendant, Memorial Sloan-Kettering Cancer Center (the "Hospital"), in the referenced action. I am writing to respectfully request an extension of time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, and a minor enlargement of the page limit for the Hospital's reply memorandum of law.

The Hospital's reply papers are currently due on May 9, 2008. We respectfully request that this date be extended one week, to May 16, 2008. There has been no previous request to extend the time to reply to Plaintiff's opposition papers. Moreover, Your Honor's Individual Rules provide that a reply memorandum of law be no longer than 10 pages, unless prior permission is obtained. We respectfully request that the Hospital be permitted to submit a 15-page memorandum.

883367v.1

The Honorable Naomi R. Buchwald, U.S.D.J.
May 1, 2008
Page 2

      My firm consented to Plaintiff's request for additional time to file opposition papers, and for a subsequent request for an enlargement of the 25-page limit for opposition papers. The Court granted both of Plaintiff's requests. Plaintiff then served the Hospital with a 31-page opposition memorandum of law, as well as two affidavits, and several exhibits. Accordingly the Hospital respectfully requests an minor enlargement of time and page limit to fully respond to Plaintiff's arguments.

      Notwithstanding the professional courtesies that my firm extended to Plaintiff's counsel, Mark D. Smilow, Esq. of Weiss & Lurie asked me to notify Your Honor that he opposes the Hospital's request. Leaving the incongruity of this response aside, I respectfully request that Your Honor grant the Hospital the same accommodations granted to Plaintiff previously, in the form of an additional week and a 15-page limit on the Hospital's reply papers.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  Philip C. Chronakis

cc:    Mark D. Smilow, Esq.