Exhibit A

# Memorial Sloan-Kettering Cancer Center

*Physician Billing Department*

| | |
|---|---|
| PATIENT: HELEN S KAHANER | MRN: 35156600 |

**MAKE CHECK PAYABLE TO: PHYSICIAN BILLING DEPARTMENT**

☐ VISA  ☐ MasterCard  ☐ DISCOVER  ☐ AMERICAN EXPRESS  ☐ DINERS CLUB

CHARGE $_____  TO CREDIT CARD #_____
SIGNATURE:_____  EXP DATE:_____

| STATEMENT DATE | DUE DATE | AMOUNT YOU OWE | AMOUNT ENCLOSED |
|---|---|---|---|
| 09/29/07 | 10/14/07 | $4448.14 | $ |

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

HELEN S KAHANER
20 HARROGATE DRIVE
HILTON HEAD ISL, SC  29928

MAIL PAYMENT TO:

PHYSICIAN BILLING DEPARTMENT
PO BOX 26352
NEW YORK, NY 10087-6352

☐ PLEASE CHECK THIS BOX IF YOUR ADDRESS OR INSURANCE HAS CHANGED AND MAKE YOUR CHANGES ON THE REVERSE SIDE.

---
PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT

# STATEMENT OF PHYSICIAN SERVICES

(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME:    HELEN S KAHANER

QUESTIONS? CALL YOUR ACCOUNT SPECIALIST, LORRAINE GORDON, AT 646-227-3154, 8:30AM-4:00PM. CALLERS OUTSIDE AREA CODES 212/646/718 SHOULD CALL 800-999-3275.

THE FOLLOWING INVOICES DESCRIBE OUTSTANDING CHARGES FOR SERVICES RENDERED BY PHYSICIANS AND OTHER HEALTH CARE PROFESSIONALS AT MEMORIAL SLOAN-KETTERING CANCER CENTER. THE LEFT SIDE DESCRIBES THE SERVICES PROVIDED. THE RIGHT SIDE DESCRIBES INSURANCE CLAIMS AND PAYMENTS.

---

**INVOICE NUMBER: 13103689**

PROVIDER: ROBERT T HEELAN MD
          RADIOLOGY GROUP

03/09/07  CHEST SINGLE VIEW FRONTAL ................... $45.00
          TOTAL CHARGES:    $45.00

**PAYMENT ACTIVITY**
03/09/07  TOTAL CHARGES                         $45.00
03/14/07  INSURANCE CLAIM FILED
08/15/07  PAYMENT PRIMARY INSURANCE...........  -28.35
AMOUNT YOU OWE.................................  **$16.65**

---

**CHARGES**

**INVOICE NUMBER: 13131689**

PROVIDER: SAMSON W FINE MD
          PATHOLOGY GROUP

03/09/07  LEVEL V-GROSS AND MICROSCOPIC EXAM ................ $300.00
03/09/07  LEVEL V-GROSS AND MICROSCOPIC EXAM ................ $300.00
03/09/07  DECALCIFICATION PROCEDURE ......................... $20.00
03/09/07  LEVEL IV-GROSS AND MICROSCOPIC EXAM 5 UNIT[S] ..... $750.00
          TOTAL CHARGES:   $1370.00

**PAYMENT ACTIVITY**
03/09/07  TOTAL CHARGES                         $1370.00
03/22/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE...........  -863.10
AMOUNT YOU OWE.................................  **$506.90**

---

**CHARGES**

**INVOICE NUMBER: 13220113**

PROVIDER: HARRY W HERR MD
          UROLOGY GROUP

03/09/07  NEPHRECTOMY, PARTIAL ................... $11865.00
03/09/07  ULTRASOUND, INTRAOPERATIVE .............   $500.00
          TOTAL CHARGES: $12365.00

**PAYMENT ACTIVITY**
03/09/07  TOTAL CHARGES                         $12365.00
04/23/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE...........  -8739.41
AMOUNT YOU OWE.................................  **$3625.59**

CONTINUED ON REVERSE SIDE ...

MEMORIAL SLOAN-KETTERING CANCER CENTER        PO BOX 26352, NEW YORK, NY 10087-6352        646-227-3275

| PATIENT NAME | | GUARANTOR NAME (IF NOT SAME AS PATIENT) | |
|---|---|---|---|
| STREET ADDRESS, APT # | | | |
| CITY | STATE / PROVINCE  POSTAL CODE | COUNTRY | |
| EMPLOYER | | | WORK PHONE NUMBER |
| EMPLOYER STREET ADDRESS | CITY | STATE | ZIP CODE |

**INSURANCE CHARGES : PRIMARY** | **INSURANCE CHARGES : SECONDARY**

| INSURANCE COMPANY | ☐ CHECK BOX IF HMO | INSURANCE COMPANY | ☐ CHECK BOX IF HMO |
|---|---|---|---|
| SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH | SUBSCRIBER'S NAME | SUBSCRIBER'S DATE OF BIRTH |
| I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE | I.D. NUMBER | GROUP/PLAN NUMBER | EFFECTIVE DATE |
| MAILING ADDRESS FOR CLAIMS | | MAILING ADDRESS FOR CLAIMS | |
| CITY | STATE  ZIP CODE | CITY | STATE  ZIP CODE |

\*\*\* IF POSSIBLE, PLEASE ENCLOSE A COPY OF YOUR INSURANCE ID CARD (FRONT AND BACK) WITH THIS CHANGE \*\*\*

# STATEMENT OF PHYSICIAN SERVICES
(STATEMENT DATE: SEPTEMBER 29, 2007)

MEDICAL RECORD # 35156600
PATIENT NAME:   HELEN S KAHANER

PAGE 2

**CHARGES**

INVOICE NUMBER: 13243203

PROVIDER: PAUL H DALECKI MD
          ANESTHESIOLOGY GROUP

03/__/07 KIDNEY, URETER SURG
         235 MINUTES.......................... $2990.00
                        TOTAL CHARGES:  $2990.00

**PAYMENT ACTIVITY**
03/09/07  TOTAL CHARGES                      $2990.00
04/30/07  INSURANCE CLAIM FILED
08/09/07  PAYMENT PRIMARY INSURANCE........  -2691.00
AMOUNT YOU OWE..............................  $299.00

YOUR LAST PAYMENT OF $141.75 WAS RECEIVED ON 05/03/07.

| ACCOUNT BALANCE | AMOUNT PENDING WITH INSURANCE | KINDLY REMIT IN FULL BY 10/14/07 |
|---|---|---|
| $4448.14 | $0.00 | $4448.14 |

MEMORIAL SLOAN-KETTERING CANCER CENTER    PO BOX 26352, NEW YORK, NY 10087-6352    646-227-3275