GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| HELEN S. KAHANER, for herself and all others similarly situated, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | Case No. 07 Civ. 9626 (NRB/KNF) |
| vs. | |
| MEMORIAL SLOAN-KETTERING CANCER CENTER, | |
| Defendant. | |

----------------------------------------X

    PHILIP C. CHRONAKIS, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on May 16, 2008, Defendant served counsel listed below

                  Joseph H. Weiss, Esq. (JW 4534)
                  WEISS & LURIE
                  *Attorneys for Plaintiff*
                  551 Fifth Avenue, Suite 1600
                  New York, New York 10176
                  jweiss@weisslurie.com

with Reply Memorandum of Law in Support of Defendant's Motion to Dismiss, Reply Declaration of Roger Parker in Further Support of Defendant's Motion to Dismiss, Affidavit of Harry W. Herr, M.D., Affidavit of Samson W. Fine, M.D., Affidavit of Robert T. Heelan, M.D.; and Affidavit of Paul H. Dalecki, M.D. dispatching true copies of same by e-mail.

906393v.1

Dated: Great Neck, New York
       May 19, 2008

                                      GARFUNKEL, WILD & TRAVIS, P.C.
                                      *Attorneys for Defendant*
                                      *Memorial Sloan-Kettering Cancer Center*

                                      */s/ Philip C. Chronakis*
                                      Philip C. Chronakis (PC 6714)

                                      111 Great Neck Road
                                      Great Neck, New York 11021
                                      (516) 393-2200

906393v.1