GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

HELEN S. KAHANER, for herself and all others similarly situated,

          Plaintiff,

vs.

MEMORIAL SLOAN-KETTERING CANCER CENTER,

          Defendant.
------------------------------------X

**CERTIFICATE OF SERVICE**

Case No. 07 Civ. 9626 (NRB/KNF)

    Courtney A. Rogers, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on May 19, 2008, Defendant served counsel listed below

          Joseph H. Weiss, Esq. (JW 4534)
          WEISS & LURIE
          *Attorneys for Plaintiff*
          551 Fifth Avenue, Suite 1600
          New York, New York 10176

with Reply Memorandum of Law in Support of Defendant's Motion to Dismiss, Reply Declaration of Roger Parker in Further Support of Defendant's Motion to Dismiss, Affidavit of Harry W. Herr, M.D., Affidavit of Samson W. Fine, M.D., Affidavit of Robert T. Heelan, M.D.; and Affidavit of Paul H. Dalecki, M.D. by dispatching a true copy of same, securely enclosed in a properly-addressed wrapper under the exclusive care and custody of Federal Express.

906453v.1

Dated: Great Neck, New York
       May 19, 2008

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendant*
*Memorial Sloan-Kettering Cancer Center*

_____
Courtney A. Rogers (CR 7883)

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

906453v.1